Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

_____ Division

Plaintiff(s): CHUCKIE MILLER JR EL

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s):
DEUTSCHE BANK TRUST COMPANY AMERICAS
WELLER MANAGEMENT LLC
FLORIDA RENTAL SPECIALISTS LLC
UTOPIA DRIVE LLC / see attached

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

FILED BY \_\_\_\_ D.C.
MAR 14 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | CHUCKIE MILLER JR EL |
   | Street Address | 3993 NW 35th Rd Unit 206 |
   | City and County | Lauderdale Lakes    Broward |
   | State and Zip Code | Florida   33311 |
   | Telephone Number | 305-908-1407 |
   | E-mail Address | chuckiemiller5@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: UTOPIA DRIVE LLC / Carol P. Sabol
- Job or Title (if known): Attorney
- Street Address: P.O. Box 15981
- City and County: West Palm Beach, Palm Beach
- State and Zip Code: Florida 33416
- Telephone Number: 561-281-2744
- E-mail Address (if known): CSABOL@SABOLLAW.com

Defendant No. 2
- Name: Jessica Sawyer / Weller Management
- Job or Title (if known): Senior Asset Director
- Street Address: 150 2nd Ave N Suite 710
- City and County: Saint Petersburg
- State and Zip Code: Florida 33701
- Telephone Number: 727-498-8823 / 561-826-3917
- E-mail Address (if known):

Defendant No. 3
- Name: Jonathan Shechtman / Florida Rental Specialists LLC
- Job or Title (if known): CFO / MGR
- Street Address: 580 Madison Ave 42nd Floor
- City and County: New York, Manhattan
- State and Zip Code: New York 10022
- Telephone Number: 212-318-9800
- E-mail Address (if known):

Defendant No. 4
- Name: Joseph Danno / Deutsche Bank Trust Company Americas
- Job or Title (if known): Vice President
- Street Address: One Columbus Circle
- City and County: New York, Manhattan
- State and Zip Code: New York 10019
- Telephone Number: 212-250-2500
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC 1348    Federal Reserve Act section 16 +29
15 USC 77a-77aa   18 USC 8   15 USC §1615

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* CHUCKIE MILLER JR EL, is a citizen of the State of *(name)* FLORIDA.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) UTOPIA DRIVE LLC, is incorporated under the laws of the State of (name) FLORIDA, and has its principal place of business in the State of (name) FLORIDA.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

See attached for additional defendants

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy – $1,000,000 each ($4,000,000 total)

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Par value of security plus fees accumulated from schedule.

III. **Statement of Claim** – See attached writ of error/affidavit of truth

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

From the months of October to January, three authorized representatives of the Defendants and the Vice President of Indenture trustee in relation to the security bartered received a tender of payment and performance multiple times of the obligation from the Plaintiff. None of the authorized reps of the Defendants not Indenture Trustee have responded and have kept security of the Plaintiff

IV. **Relief** – See attached writ of error/affidavit of truth

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Equitable relief in the form of specific performance. Account in question needs to be settled in full, monies (firms) given to be returned and fees according to schedule from breach of fiduciary duties in regards to contract. $1,000,000 from each Defendants in accordance with Federal Reserve Act Section 29. Civil Money Penalty. Months of repeated patterns of misconduct and breach from multiple tiers

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/14/24

Signature of Plaintiff: *Ce—Mun j·ee*
Printed Name of Plaintiff: CHUCKIE MILLER JR EL

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

ADDITIONAL PAGE FOR LISTED DEFENDANTS

b.     If the defendant is a corporation

The defendant, WELLER MANAGEMENT LLC, is incorporated under the

　　　laws of the State of FLORIDA, and has its

principal place of business in the State of FLORIDA.

Or is incorporated under the laws of (*foreign nation*) _____,

　　　and has its principal place of business in (*name*)_____.


If the defendant is a corporation

The defendant, FLORIDA RENTAL SPECIALISTS LLC is incorporated under the

　　　laws of the State of FLORIDA/ NEW YORK, and has its

principal place of business in the State of NEW YORK.

Or is incorporated under the laws of (*foreign nation*) _____,

　　　and has its principal place of business in (*name*)_____.


If the defendant is a corporation

The defendant, DEUTSCHE BANK TRUST COMPANY AMERICAS, is incorporated under the

　　　laws of the State of NEW YORK and has its

principal place of business in the State of NEW YORK.

Or is incorporated under the laws of (*foreign nation*) _____,

　　　and has its principal place of business in (*name*)_____.